# Exhibit 3



(904) 551-2892

# D & B TAX GROUP, LLC

9770 OLD BAYMEADOWS RD. STE #135 DEERWOOD VILLAGE EXECUTIVE CENTER



BOOK TODAY



# SERVING OUR COMMUNITY

Our family-owned Tax and Accounting services has been serving the community for the last 14 years. Our team has grown and includes experienced IRS Licensed Enrolled Agent and dedicated support to provide both personal and business professional financial services.

## OUR SMALL BUSINESS SERVICES

### Compliance

- **Taxes:** Personal, Business, and Corporate
- **Knowledgeable Local Sales Tax, VAT**
- **Legally Required Corporate Documentation**

### Management

- **Bookkeeping:** manage daily transactions
- **Payroll:** Management of payroll and taxes
- **Planning:** Reporting and advice to support growth
- **Payables & Receivables:** Management of supplier and customer invoices

### Advisory

- **Reporting:** Help directors make informed decisions
- **Capital Fundraising:** Advice on seeking equity to help grow your business
- **Mergers & Acquisitions:** Financial planning for mergers and acquisitions



# Generate excitement

Payroll Services

# SUBSCRIBE

Sign up to hear from us.

Email Address

SIGN UP

---

Copyright © 2024 D&B Tax Group - All Rights Reserved.

Powered by GoDaddy Website Builder

D&B Tax Group
ONLINE PAYROLL SERVICES



(904) 551-2892

# D & B TAX GROUP, LLC

9770 OLD BAYMEADOWS RD. STE #135 DEERWOOD VILLAGE EXECUTIVE CENTER

## SITE CONTENT

## Detail your services

## Payroll Section





If customers can't find it, it doesn't exist. Clearly list and describe the services you offer. Also, be sure to showcase a premium service.

Easy Online Payroll Services

FIND OUT MORE

## Display real testimonials



Are your customers raving about you on social media? Share their great stories to help turn potential customers into loyal ones.

## Promote current deals



Running a holiday sale or weekly special? Definitely promote it here to get customers excited about getting a sweet deal.

## Share the big news



## Display their FAQs



Have you opened a new location, redesigned your shop, or added a new product or service? Don't keep it to yourself, let folks know.

Customers have questions, you have answers. Display the most frequently asked questions, so everybody benefits.

Copyright © 2024 D&B Tax Group - All Rights Reserved.

Powered by GoDaddy Website Builder

ONLINE PAYROLL SERVICES



(904) 551-2892

# D & B TAX GROUP, LLC

9770 OLD BAYMEADOWS RD. STE #135 DEERWOOD VILLAGE EXECUTIVE CENTER

## ONLINE APPOINTMENTS

New services are coming soon!

Sorry, something went wrong. Please try again later.

## CONTACT US

Get a Free Quote

Name

Email*

Type of Business

Average number of monthly transactions

Tell us more about our your accounting needs.

Tell us any other questions, concerns, or special needs that you have.

☐ Sign up for our email list for updates, promotions, and more.

**SEND**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

We know that the accounting needs for each business or family are unique. Use our form to tell us more about your needs, and concerns, and we will give you a free quote on regular or one-time accounting services.

## D&B Tax Group

9770 Baymeadows Road STE #135 , Jacksonville, Florida 32256, United States

(904) 551-2892

## Hours

Monday - Friday: 9am - 5pm
Saturday: By appointment
Sunday: Closed

Copyright © 2024 D&B Tax Group - All Rights Reserved.

Powered by GoDaddy Website Builder

ONLINE PAYROLL SERVICES