# Exhibit 4

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
D&B TAX GROUP, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L11000010381 |
| **FEI/EIN Number** | 27-4611980 |
| **Date Filed** | 01/24/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 07/18/2011 |
| **Event Effective Date** | NONE |

**Principal Address**

9770 OLD BAYMEADOWS RD.
135
JACKSONVILLE, FL 32256

Changed: 02/24/2020

**Mailing Address**

9770 OLD BAYMEADOWS RD.
135
JACKSONVILLE, FL 32256

Changed: 02/24/2020

**Registered Agent Name & Address**

MOKHBEROLSAFA, ALI
9770 OLD BAYMEADOWS RD.
135
JACKSONVILLE, FL 32256

Address Changed: 02/24/2020

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

MOKHBEROLSAFA, ALI
9770 OLD BAYMEADOWS RD.
135
JACKSONVILLE, FL 32256

Title MGR

MOKHBEROLSAFA, JAQUELINE
9770 OLD BAYMEADOWS RD
135
JACKSONVILLE, FL 32256

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 01/25/2023 |
| 2024 | 01/18/2024 |
| 2025 | 01/08/2025 |

**Document Images**

| | |
|---|---|
| 01/08/2025 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2024 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2023 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 01/03/2022 – ANNUAL REPORT | View image in PDF format |
| 01/04/2021 – ANNUAL REPORT | View image in PDF format |
| 02/24/2020 – ANNUAL REPORT | View image in PDF format |
| 03/22/2019 – ANNUAL REPORT | View image in PDF format |
| 03/06/2018 – ANNUAL REPORT | View image in PDF format |
| 01/24/2017 – ANNUAL REPORT | View image in PDF format |
| 01/24/2016 – ANNUAL REPORT | View image in PDF format |
| 03/27/2015 – ANNUAL REPORT | View image in PDF format |
| 03/01/2014 – ANNUAL REPORT | View image in PDF format |
| 02/20/2013 – ANNUAL REPORT | View image in PDF format |
| 01/04/2012 – ANNUAL REPORT | View image in PDF format |
| 07/18/2011 – LC Amendment | View image in PDF format |
| 04/15/2011 – LC Amendment | View image in PDF format |
| 01/24/2011 – Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

01/03/2022 – ANNUAL REPORT          View image in PDF format

L11000010381

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600192265096

01/24/11--01010--016    **160.00

FILED
2011 JAN 24 PM 2:57
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

J. SAULSBERRY
EXAMINER

JAN 25 2011

# COVER LETTER

**TO:**    **Registration Section**
           **Division of Corporations**

SUBJECT: **D&B TAX GROUP, LLC**
                          Name of Limited Liability Company

The enclosed Articles of Organization and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

**ALI MOKHBEROLSAFA**
                      Name of Person

**D&B TAX GROUP, LLC**
                      Firm/Company

**3806 WINDRIDGE COURT**
                      Address

**JACKSONVILLE, FLORIDA  32257**
                      City/State and Zip Code

**DBTAXGROUP@AOL.COM**
             E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

**ALI MOKHBEROLSAFA**                          at ( **904**    ) **710.8744**
              Name of Person                          Area Code & Daytime Telephone Number

Enclosed is a check for the following amount:

☐ $125.00 Filing Fee    ☐ $130.00 Filing Fee &     ☐ $155.00 Filing Fee &     ☑ $160.00 Filing  Fee,
                              Certificate of Status         Certified Copy                Certificate of Status &
                                                            (additional copy is enclosed)    Certified Copy
                                                                                            (additional copy is enclosed)

**Mailing Address**              **Street/Courier Address**
Registration Section           Registration Section
Division of Corporations       Division of Corporations
P.O. Box 6327                  Clifton Building
Tallahassee, FL 32314          2661 Executive Center Circle
                               Tallahassee, FL 32301

## ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

**ARTICLE I - Name:**
The name of the Limited Liability Company is:

## D&B TAX GROUP, LLC

(Must end with the words "Limited Liability Company, "L.L.C.," or "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

**Principal Office Address:**

3806 WINDRIDGE COURT
JACKSONVILLE, FL 32257

**Mailing Address:**

3806 WINDRIDGE COURT
JACKSONVILLE, FL 32257

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

ALI MOKHBEROLSAFA
Name

## 3806 WINDRIDGE COURT
Florida street address (P.O. Box **NOT** acceptable)

JACKSONVILLE, FL 32257  FL
City, State, and Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S..*

Registered Agent's Signature (REQUIRED)

## (CONTINUED)

Page 1 of 2

## ARTICLE IV- Manager(s) or Managing Member(s):
The name and address of each Manager or Managing Member is as follows:

**Title:**

"MGR" = Manager
"MGRM" = Managing Member

**Name and Address:**

MGR

JACQUELINE J. MOKHBEROLSAFA
3806 WINDRIDGE COURT
JACKSONVILLE, FL 32257

*SECRETARY OF STATE TALLAHASSEE, FLORIDA*
*2011 JAN 24 PM 2:57*
*FILED*

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: _____. (OPTIONAL)
**(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 days after the date of filing.)**

**REQUIRED SIGNATURE:**

_____
**Signature of a member or an authorized representative of a member.**

(In accordance with section 608.408(3), Florida Statutes, the execution of this document
constitutes an affirmation under the penalties of perjury that the facts stated herein are true.
I am aware that any false information submitted in a document to the Department of State
constitutes a third degree felony as provided for in s.817.155, F.S.)

JACQUELINE J. MOKHBEROLSAFA
_____
Typed or printed name of signee

*Jacqueline J.*

**Filing Fees:**

$125.00 Filing Fee for Articles of Organization and Designation
        of Registered Agent
$ 30.00 Certified Copy (Optional)
$  5.00 Certificate of Status (Optional)

**Page 2 of 2**